**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MARCIA MOORE

    Plaintiff,　　　　　　　　　　CASE NO.: 1:12-cv-01714-TWT-JFK

v.

MCCALLA RAYMER, LLC,
CHARLES TROY CROUSE, ESQ,
INDIVIDUALLY, AND AS AN
OFFICER OF MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., THOMAS
SEARS, ESQ., INDIVIDUALLY, AND
AS AN OFFICER OF MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., BAC HOME LOAN
SERVICING, LP, AND MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,

    Defendants.

**IN THE MAGISTRATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

BAC HOME LOANS SERVICING LP.,

    Plaintiff

v.　　　　　　　　　　　　　　Case No: 12-CV-6077-10

MARCIA MOORE

    Defendant
_____

J.G. DAVIS AND ASSOCIATES, LLC
By:  JOSHUA G. DAVIS (#514674)
Attorney for Plaintiff(s)
P.O. Box 7309
Atlanta, GA 30357
Phone: (855) 543-2847
Fax:    (855) 814-3619

_____

## MOTION TO CONSOLIDATE

COME NOW the Plaintiff, MARCIA MOORE, and files this Motion to Consolidate the above-styled actions, as permitted by O.C.G.A. 9-11-42 (a) and Fed. Civ. Pro. 42(a), showing the Court as follows:

1.

Marcia Moore brought action against Defendants on April 10, 2012 in the Superior Court of Dekalb County in the State of Georgia (case number 12cv4819-4).  Action has since been moved to United States District Court for the Northern District of Georgia (Atlanta Division) due to diversity jurisdiction (the above styled action, case number 1:12-cv-01714-TWT-JFK).

2.

BAC Home Loans Servicing filed case number 12D15877 (a "Dispossessory Warrant") in the Magistrate Court of Dekalb County in the State of Georgia on April 9, 2012. The Magistrate Court of Dekalb County issued an order in favor of BAC Home Loans; Plaintiff then filed a Notice of Appeal.

3.

Case number 12-CV-6077-10 is an appeal stemming from the attempted dispossessory of Plaintiff, while case number 1:12-cv-01714-TWT-JFK is a Complaint for Injunctive Relief and Damages stemming from the wrongful foreclosure and dispossessory at the heart of the former case.

4.

The above-styled actions are related because they both involve the Property located at 1408 Colony East Circle, in the City of Stone Mountain, Georgia, zip code 30083.  Specifically, both actions stem from the wrongful foreclosure of said Property, and both actions concern the attempted Dispossessory of Plaintiffs.

5.

The above-styled actions involve the same parties, with 1:12-cv-01714-TWT-JFK incorporating additional parties involved in the wrongful foreclosure action.

6.

Consolidating the cases will have the effect of avoiding unnecessary costs to Plaintiff while diminishing burden upon the courts.

**PRAYER FOR RELIEF**

For the foregoing reason, Plaintiff prays that this Honorable Court grant her request to consolidate the Dekalb County Superior Court case number 12-CV-6077-10 with the United States District Court for the Northern District of Georgia (Atlanta Division) case number 1:12-cv-01714-TWT-JFK.

Respectfully submitted,

                              J. G. DAVIS & ASSOCIATES, LLC

                              By: /s/ Joshua G. Davis_____
                                    JOSHUA G. DAVIS (#514674)
                                    Attorney for Plaintiff(s)
                                    P. O. Box 7309
                                    Atlanta, GA 30357
                                    Phone:  (855) 543-2847
                                    Fax:     (855) 814-3619

Dated: August 20, 2012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MARCIA MOORE

    Plaintiff, :                CASE NO.: 1:12-cv-01714-TWT-JFK

v.

MCCALLA RAYMER, LLC,
CHARLES TROY CROUSE, ESQ,
INDIVIDUALLY, AND AS AN
OFFICER OF MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., THOMAS
SEARS, ESQ., INDIVIDUALLY, AND
AS AN OFFICER OF MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., BAC HOME LOAN
SERVICING, LP, AND MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, :

    Defendants.

# IN THE MAGISTRATE COURT OF DEKALB COUNTY
# STATE OF GEORGIA

BAC HOME LOANS SERVICING LP.,

    Plaintiff

v.                         Case No: 12-CV-6077-10

MARCIA MOORE

    Defendant

_____

J.G. DAVIS AND ASSOCIATES, LLC
By:  JOSHUA G. DAVIS (#514674)
Attorney for Plaintiff(s)
P.O. Box 7309
Atlanta, GA 30357
Phone: (855) 543-2847
Fax:    (855) 814-3619

_____

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2012, I electronically filed the foregoing *Motion to Consolidate* with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.  I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

                                J. G. DAVIS & ASSOCIATES, LLC

                                By: /s/ Joshua G. Davis_____
                                     JOSHUA G. DAVIS (#514674)
                                     Attorney for Plaintiff(s)
                                     P. O. Box 7309
                                     Atlanta, GA 30357
                                     Phone:  (855) 543-2847
                                     Fax:     (855) 814-3619

Dated: August 20, 2012