IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCIA MOORE, and ALL OTHERS,<br><br>    Plaintiffs,<br><br>v.<br><br>MCCALLA RAYMER, LLC, CHARLES TROY CROUSE, ESQ, individually, and as an Officer of Mortgage Electronic Registration Systems, Inc., THOMAS SEARS, ESQ., individually, and as an Officer of Mortgage Electronic Registration Systems, Inc., VICTORIA MARIE ALLEN, BAC HOME LOAN SERVICING, LP, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:12-cv-01714-TWT-JFK |

## **OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE**

Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP ("BANA"),[1] and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, "Opposing Defendants"), by and through counsel,

---

[1] Plaintiff names "BAC Home *Loan* Servicing, LP" (emphasis added). Moving Defendants assume Plaintiff intended to name "BAC Home *Loans* Servicing, LP," (emphasis added) and that Plaintiff's failure to include an *s* on *Loan* was a typo. On July 1, 2011, BAC Home Loans Servicing, LP merged with and into BANA. Thus, BANA responds as the successor to the named entity.

hereby oppose Plaintiff's Motion to Consolidate this matter with the dispossessory action currently pending in Magistrate Court of Dekalb County (Case No. 12D15877), and state as follows in support:

1. Due to Plaintiff's failure to pay her mortgage, on July 6, 2010, BAC Home Loans Servicing, LP ("BACHLS"), now BANA, foreclosed on Plaintiff. BACHLS purchased the Property at the foreclosure. Plaintiff has been living in this Property rent free for over two years.

2. On April 2, 2012, BANA filed a dispossessory action to obtain possession of the Property (Case No. 12D15877). On April 30, 2012, the Magistrate Court granted BANA a Writ of Possession.

3. In an obvious attempt to hold onto the Property despite failing to pay her mortgage, Plaintiff filed this action on April 10, 2012 in Superior Court of Dekalb County (Case No. 12-cv-4819-4) asserting that BANA wrongfully foreclosed on her Property. On May 16, 2012, Opposing Defendants removed this matter to this Court. Doc. No. 1. On May 23, 2012, Opposing Defendants filed a Motion to Dismiss all of Plaintiff's claims. Doc. No. 10.

4. On June 11, 2011, Plaintiff filed her First Amended Complaint (FAC). Doc. No. 14. Opposing Defendants again moved to dismiss all of Plaintiff's claims on June 25, 2012. Doc. No. 16.

5. Now in an attempt to avoid eviction after BANA lawfully foreclosed in 2010 due to Plaintiff's failure to pay her mortgage, Plaintiff has filed a Motion to Consolidate the dispossessory action and this matter. Doc. No. 25.

6. Plaintiff's Motion must be denied because these two matters are not pending in the same jurisdiction and cannot be consolidated. The dispossessory action is pending in state court, while this matter is pending in federal court. Plaintiff has not cited any statutory or case law authority – and Opposing Defendants are aware of none – that would permit this Court to consolidate the present federal court action with an action pending in state court.

7. Plaintiff has not alleged, let alone proved that this Court has original jurisdiction over the dispossessory matter. Plaintiff has simply not shown that the dispossessory matter can be removed to this Court, let alone that these two cases can be consolidated. Opposing Defendants further submit that the proposed consolidation would improperly invade the province of the state court and offend notions of federalism

8. Furthermore, the dispossessory action involves possession of the Property, while this matter involves the wrongful foreclosure. Plaintiff has also asserted robo-signing claims in this matter and has named additional defendants not involved in the dispossessory action. The allegations in these two matters are

Wherefore, Opposing Defendants respectfully request that this Court deny Plaintiff's Motion to Consolidate.

This 4th day of September, 2012.

        /s/ Jarrod S. Mendel
Andrew G. Phillips
Georgia Bar No. 575627
Jarrod S. Mendel
Georgia Bar No. 435188
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5713 (Telephone)
(404) 443-5599(Facsimile)
jmendel@mcguirewoods.com

*Attorneys for Defendants Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCIA MOORE, and ) <br> ALL OTHERS, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MCCALLA RAYMER, LLC, CHARLES ) <br> TROY CROUSE, ESQ, individually, and as ) <br> an Officer of Mortgage Electronic ) <br> Registration Systems, Inc., THOMAS ) <br> SEARS, ESQ., individually, and as an ) <br> Officer of Mortgage Electronic Registration ) <br> Systems, Inc., VICTORIA MARIE ALLEN, ) <br> BAC HOME LOAN SERVICING, LP, and ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATION SYSTEMS, ) <br> ) <br>    Defendants. ) <br> ) | CIVIL ACTION FILE <br> NO. 1:12-cv-01714-TWT-JFK |

## **CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that on September 4, 2012, I electronically filed the foregoing *Opposition to Plaintiff's Motion to Consolidate* with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

I further certify that I prepared this document in 14 point Times New Roman

font and complied with the margin and type requirements of this Court.

        /s/ Jarrod S. Mendel  
        Jarrod S. Mendel