IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCIA MOORE
AND ALL OTHERS,
   Plaintiff,

v.

MCCALLA RAYMER, LLC., et al.,
   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1714-TWT

ORDER

This is an action for wrongful foreclosure. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge that the Defendants' Motions to Dismiss Amended Complaint [Doc. 16 & 20] be GRANTED. The Plaintiff's Objections are without merit for the reasons set forth in the thorough and well-reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss Amended Complaint [Doc. 16 & 20] are GRANTED. The Defendant MERS is dismissed without prejudice. The other Defendants are dismissed with prejudice. The Motion to Dismiss Original Complaint [Doc. 6 &10] are DENIED as moot.

SO ORDERED, this 2 day of January, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge